UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONSTANTIN BABICHEV,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, et al.,<br><br>    Defendants. | Case No. 24-cv-07084-LJC<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL SHOULD NOT BE DISQUALIFIED** |

The Court has learned that Plaintiff's counsel Svetlana Kaff is not currently an active member of the California Bar or the Bar of this Court. Kaff is ORDERED TO SHOW CAUSE why she should not be disqualified from representing Plaintiff in this matter.[1]

If Kaff opposes disqualification, she must file a response no later than November 21, 2025 explaining why she should be permitted to continue as counsel.

If Kaff does not oppose disqualification, Plaintiff must file a status report no later than December 5, 2025 indicating whether Plaintiff wishes to proceed pro se (representing himself without a lawyer) or if he intends to find a new attorney.

If Plaintiff wishes to proceed pro se, he must either register for electronic filing or provide a mailing address for service by mail. Instructions to register for electronic filing are available at https://cand.uscourts.gov/e-filing-self-registration-instructions-pro-se-litigants. Additional information for parties representing themselves are available at https://cand.uscourts.gov/representing-yourself. Plaintiff may also schedule an appointment for advice from the Legal Help Center by 415-782-8982 or emailing fedpro@sfbar.org. Attorneys at

---

[1] To the extent that Kaff otherwise might not be permitted to file documents in this case due to her inactive status (an issue that this Order does not address or resolve) the Court hereby specially authorizes her to file for the limited purpose of responding to this Order to Show Cause.

the Legal Help Center cannot represent parties in litigation but can provide basic assistance to parties representing themselves.

If Plaintiff wishes to find a new lawyer, Plaintiff's response should address how much time Plaintiff anticipates needing to find a lawyer.

Defendants[2] shall file a status report no later than November 21, 2025 describing the current status of Plaintiff's application and any anticipated schedule for adjudicating the application.

Kaff is ORDERED to provide a copy of this Order to Plaintiff. The Court recognizes, however, that she may currently be unable to do so. In an abundance of caution, if Defendants are aware of direct contact information for Plaintiff, Defendants are also ORDERED to forward a copy of this Order to Plaintiff directly. Defendants shall address in their status report whether they are aware of contact information and have forwarded a copy of this Order.

**IT IS SO ORDERED.**

Dated: November 17, 2025

LISA J. CISNEROS
United States Magistrate Judge

---

[2] Kristi Noem replaced Alejandro Mayorkas as Secretary of Homeland Security while this case has been pending, and is therefore automatically substituted as the named defendant in the case caption pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.