United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONSTANTIN BABICHEV,<br><br>Plaintiff,<br><br>v.<br><br>KRISTIN NOEM, et al.,<br><br>Defendants. | Case No. 24-cv-07084-LJC<br><br>**CORRECTED[1] ORDER DISMISSING CASE AS MOOT**<br><br>Re: Dkt. No. 16 |

On November 26, 2025, the Court disqualified Plaintiff's counsel Svetlana Kaff and ordered Plaintiff Konstantin Babichev to show cause why the case should not be dismissed as moot in light of Defendants' representation that Plaintiff's asylum application at issue has been granted. ECF No. 16. The Court set a deadline of December 12 for Plaintiff to file a response. That deadline has passed and no response has been filed. This case is therefore DISMISSED as moot. Dismissal is without prejudice to Plaintiff moving to vacate this Order and reopen the case if Plaintiff disputes Defendants' representations that his application was granted.

The Clerk is instructed to serve a copy of this Order on Plaintiff by first class mail at the address listed in Defendants' Status Report (ECF No. 15). Because Plaintiff is an asylee and the Court lacks sufficient information to determine whether he faces any risk of persecution if his address is disclosed, the Clerk shall continue to withhold Plaintiff's mailing address from the public docket.

**IT IS SO ORDERED.**

Dated: January 14, 2026

LISA J. CISNEROS
United States Magistrate Judge

---

[1] This Corrected Order corrects an error in the signature date of the Order that the Court issued earlier today. ECF No. 17. It is otherwise identical.